ROSE T. ROBERTS AND HUSBAND JAMES ROBERTS v. DURHAM COUNTY
HOSPITAL CORPORATION AND JAMES E. DAVIS

No. 273PA82

(Filed 11 January 1983)

ON discretionary review pursuant to G.S. 7A-31 of the decision of the Court of Appeals, *Martin (Robert M.), Judge*, with *Martin (Harry C.), Judge*, and *Arnold, Judge*, concurring, reported at 56 N.C. App. 533, 289 S.E. 2d 875 (1982), affirming judgment for defendants by *Herring, J.*, at the 6 April 1981 Civil Session of DURHAM Superior Court.

*McCain, Essen & Orcutt by Jeff Erick Essen and Grover C. McCain, Jr., for plaintiff appellants.*

*Young, Moore, Henderson & Alvis by Walter E. Brock, Jr., and Edward B. Clark, for defendant appellee James E. Davis.*

*Haywood, Denny & Miller by George W. Miller, Jr., and Michael W. Patrick, for defendant appellee Durham County Hospital Corporation.*

PER CURIAM.

Affirmed.

Justice MARTIN took no part in the decision of this case.